

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, et al.,<br><br>    Petitioners,<br><br>v.<br><br>Christopher J. Augusto,<br><br>    Respondent. | No. C 11-04416 JW<br><br>[Proposed]<br>**ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS** |

The Court ORDERS as follows:

(1) Respondent Christopher J. Augusto shall appear before this Court on **December 19, 2011 at 9:00 a.m.** in Courtroom 9, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, to show cause, if any, why Respondent should not be compelled to appear and provide documents and testimony as required by the summonses served upon Respondent as alleged in the Petition.

(2) Petitioners shall serve a copy of this Order to Show Cause, together with a copy of the Petition, upon Respondent in accordance with Rule 4 or the Federal Rules of Civil Procedure at least thirty-five days before the return date of this Order.

(3) On or before **November 28, 2011**, Respondent may file and serve a written

1  response to the Petition, supported by appropriate affidavits or declarations in
2  conformance with 28 U.S.C. § 1746, as well as any motion Respondent desires to
3  make.

4  (4)  On or before **December 5, 2011**, Petitioners may file and serve a written reply to
5  such a response or motion, if any.

6  (5)  All motions and issues raised by the pleadings will be considered on the return
7  date of this Order, and only those issues raised by motion or brought into
8  controversy by the responsive pleadings and supported by affidavits or
9  declarations will be considered. Any uncontested allegation in the pleading will
10  be deemed admitted.

Dated: October 21, 2011.

_____
JAMES WARE
United States District Chief Judge